# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SAMUEL L. YOUMANS, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV412-027 |
| AL ST. LAWRENCE, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Samuel L. Youmans, a pre-trial detainee held at the Chatham County Detention Center while awaiting prosecution for forgery and fraud charges, *see* attached state court docket sheet, petitions this Court under 28 U.S.C. § 2241,[1] doc. 1, and moves for leave to file it *in forma pauperis* (IFP). Doc. 2. Jailed for some seven months, he is unhappy with the pace of that case and insists he was not given things like a preliminary hearing. The state, he contends, is violating his speedy trial, due process, and other rights. Doc. 1 at 1-4. He thus wants this Court to order his immediate release. *Id.* at 3-4 ¶ 8.

---

[1] He does not cite a particular statute but he challenges the legality of his pretrial detention, rather than detention pursuant to a judgment of conviction, so his petition is properly brought pursuant to § 2241. *Hughes v. Att'y Gen. of Fla.*, 377 F.3d 1258, 1261–62 (11th Cir. 2004).

The Court **GRANTS** his IFP motion (doc. 2) but concludes his petition must be dismissed. Pretrial § 2241 petitions must be exhausted. *Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions "require a petitioner to fully exhaust state remedies"); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley*, 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldrop*, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). While Youman's petition does not indicate whether he has exhausted his state court remedies, the state docket shows he has not. And, as in *Harvey*,

he "has not alleged, and there is nothing in the record to suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state remedies.

**SO REPORTED AND RECOMMENDED**, this 13th day of February, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



### CHATHAM COUNTY, GA
### Eastern Judicial Circuit of Georgia

Home   Magistrate Court   Probate Court   State Court   Superior Court   Juvenile Court   Court Forms   Court Fees

February 07, 2012    Location: Case Details    Input your search...

**CASE LOOKUP**

**COURT FORMS**

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH**

## Case Details

### State VS. YOUMANS, SAMUEL LEMONS

- Case Events
- Charges
- Parties
- Proceedings

**Case Information**
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR112113 |
| Case Type: | FORGERY/FRAUD |
| Judge: | HON. PENNY H. FREESEMANN |
| Assistant District Attorney: | NANCY GREY SMITH |
| Date Filed: | 9/28/2011 |
| Status: | ACTIVE - |
| Next Event: | 3/12/2012 PRETRIAL CONFERENCE |

**Defendant Information**
| | |
|---|---|
| Name: | YOUMANS, SAMUEL LEMONS |
| DIN: | X0025295 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 68 |
| Weight: | 200 |
| Eyes: | BROWN |
| Hair: | BLACK |

Chatham County Sheriff X0025295

Click for large Picture

**Defendant History**

**Attorney Information**
BOBBY PHILLIPS
402 EAST LIBERTY STREET
SAVANNAH, GA
31401

**Bondsman Information**
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 3/12/2012 | 10:00AM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 1/24/2012 | 1:30PM | PLEA HEARING | PENNY FREESEMANN | |
| 12/12/2011 | 09:00AM | CALENDAR CALL | PENNY FREESEMANN | |
| 10/31/2011 | 09:00AM | CALENDAR CALL | PENNY FREESEMANN | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-9-1 | FORGERY 1ST DEGREE | 1 | FELONY | 9/28/2011 | |

[Return to Top]

### Proceedings

| Date | Time | | | |
|---|---|---|---|---|
| 3/12/2012 | 10:00AM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 1/30/2012 | | PRO SE LETTER RECEIVED | | |
| 1/27/2012 | | DEMAND FOR SPEEDY TRIAL | | |
| 1/24/2012 | 1:30PM | PLEA HEARING | PENNY FREESEMANN | |
| 1/20/2012 | | PRO SE MOTION | | CONSOLIDATED MOTIONS FOR CHANGE OF VENUE AND TO DISQUALIFY COUNTY DISTRICT ATTORNEY AND COUNTY ASSISTANT DISTRICT ATTORNEY/ |

| Date | Time | Event | Judge | Notes |
|---|---|---|---|---|
| 1/10/2012 | | BOND ORDER | | DENIED/ |
| 12/12/2011 | 09:00AM | CALENDAR CALL | PENNY FREESEMANN | |
| 12/5/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | |
| 11/29/2011 | | DEFENDANTS REQUEST FOR DISCOVERY | | |
| 11/29/2011 | | NOTICE OF SUBSTITUTION OF COUNSEL | | FILED BY B. PHILLIPS/ |
| 11/15/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | |
| 11/2/2011 | | ENTRY OF APPEARANCE | | FILED BY G. TERRY JACKSON/ |
| 10/31/2011 | 09:00AM | CALENDAR CALL | PENNY FREESEMANN | |
| 9/28/2011 2:55:25 PM | | SCREENING | | Initial Case Screening / Scanning |
| 9/28/2011 | | ACCUSATION FILED - ENTERED | | |
| 1/4/2011 | | BOND HEARING | | |

[Return to Top]

Home | Magistrate Court | Probate Court | State Court | Superior Court | Juvenile Court | Court Forms | Court Fees

© Copyright 2012 - Chatham County Courts