FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 APR -2 AM 11:09
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAMUEL L. YOUMANS, | |
| Petitioner, | |
| v. | CASE NO. CV412-027 |
| AL ST. LAWRENCE, | |
| Respondent. | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Docs. 7, 8). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. In the objections, Petitioner still fails to show that he exhausted his state remedies with respect to his claim. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the 28 U.S.C. § 2241 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA